United States District Court
Southern District of Texas
FILED

SEP 07 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § § Criminal No. M-21-1772 IGNACIO GARZA § also known as "Nacho" § DIEGO REYES § MARCOS BARRIENTOS § JANELLA CHAVARRIA § EUGENIO PENA § RAMIRO ~~CLARKE~~ EDEN CLARKE § (10/5/21 cr) ROEL VALADEZ § ROOSEVELT VELA § ABEL REYES § DAVID GOMEZ § ISIDORO GARZA § also known as "Lolo" § JOSE DIAZ § also known as "Lupillo" § JOSE ORTIZ § HUGO CANALES § JERONIMO MORIN § NOEL AVILA § SAMUEL TORRES § ADREAN ESPITIA § | |

AMENDED
SEALED INDICTMENT

THE GRAND JURY CHARGES:

Count One

Beginning on or about July of 2020 and continuing until on or about the date of this Indictment in the Southern District of Texas and within the jurisdiction of the Court, defendants,

IGNACIO GARZA
also known as "Nacho"
DIEGO REYES
MARCOS BARRIENTOS
JANELLA CHAVARRIA

       **EUGENIO PENA**
      **RAMIRO ~~CLARKE~~ EDEN CLARKE**
       **ROEL VALADEZ**
       **ROOSEVELT VELA**
       **ABEL REYES**
       **DAVID GOMEZ**
       **ISIDORO GARZA**
      also known as "Lolo"
       **JOSE DIAZ**
      also known as "Lupillo"
       **JOSE ORTIZ**
       **HUGO CANALES**
      **JERONIMO MORIN**
       **NOEL AVILA**
      **SAMUEL TORRES**
       and
      **ADREAN ESPITIA**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

  In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

  On or about July 7, 2020 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

       **IGNACIO GARZA**
      also known as "Nacho"
       and
       **DIEGO REYES**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 48 kilograms of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Three

On or about September 1, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> **IGNACIO GARZA**
> **also known as "Nacho"**
> **MARCOS BARRIENTOS**
> **JANELLA CHAVARRIA**
> **EUGENIO PENA**
> **and**
> **RAMIRO ~~CLARKE~~ EDEN CLARKE**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 207 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Four

On or about October 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> **IGNACIO GARZA**
> **also known as "Nacho"**
> **ROEL VALADEZ**
> **and**
> **ROOSEVELT VELA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The

controlled substance involved was 100 kilograms or more, that is, approximately 108 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Five

On or about November 17, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO REYES**
**and**
**ABEL REYES**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 679 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Six

On or about December 29, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO REYES**
**and**
**DAVID GOMEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The

controlled substance involved was 100 kilograms or more, that is, approximately 513.5 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Seven

On or about February 9, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> IGNACIO GARZA
> also known as "Nacho"
> ISIDORO GARZA
> also known as "Lolo"
> JOSE DIAZ
> also know as "Lupillo"
> JOSE ORTIZ
> and
> HUGO CANALES

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Eight

On or about February 22, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO REYES**
**JERONIMO MORIN**
**and**
**NOEL AVILA**

did unlawfully and knowingly use and maintain a place located at 301 La Sagunada Road, Rio Grande City, Texas, for the purpose of distributing marijuana, a controlled substance.

In violation of Title 21, United States Code Section 856(a)(1) and Title 18, United States Code, Section 2.

### Count Nine

On or about March 4, 2021 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO REYES**
**and**
**SAMUEL TORRES**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 3.75 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Ten

On or about August 6, 2021 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO REYES**
**and**
**ADREAN ESPITIA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 700 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

### NOTICE OF FORFEITURE
### (21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the Defendants charged in Counts One through Ten of this Indictment, that upon conviction of a violation of Title 21, United States Code, Sections 841 and/or 846,

1. all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2. all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation,

is subject to forfeiture.

## MONEY JUDGMENT

Defendants are notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture, for which the Defendants may be jointly and severally liable.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY


_____
ASSISTANT UNITED STATES ATTORNEY