United States District Court
Southern District of Texas
**ENTERED**
September 20, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 7:21−cr−01772 |
| | § | |
| Ignacio Garza | § | |

## **SCHEDULING ORDER**

In the above-captioned cause, you were arraigned on September 20, 2021.

The following dates are pertinent to your case:

   Final Pretrial: **October 28, 2021 at 09:00 AM** before Judge Randy Crane
   Jury Selection: **November 2, 2021 at 09:30 AM** before Judge Randy Crane
   Deadline for Motions: **October 4, 2021**
   Government's Response: **October 21, 2021**
   Deadline for Motions for Continuance: **October 14, 2021**

You and your attorney must be personally present in the District Courtroom, Bentsen Tower, 1701 W. Bus. Highway 83, McAllen, Texas, on the date set for Final Pretrial. Failure to appear may result in additional charges being brought against you. A trial date will be set at the time of Jury Selection. Take notice that your case could be set for any day after Jury Selection.

Each motion filed in your behalf must be filed with a certificate that your attorney consulted with the Assistant United States Attorney in charge of your case in an attempt to obtain the relief requested by the motion filed but that no resolution was reached. Each motion must be also accompanied by a brief of authorities in support of the motion, which brief will state sufficient facts to advise the Court of the basis for the motion.

DONE at McAllen, Texas on September 20, 2021.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE